THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY LUCIANO and ANTHONY VELLUCHIO, Appellants.

(Argued December 1, 1930; decided January 6, 1931.)

*Floyd J. Reinhart* for Anthony Luciano, appellant.
*W. Arthur Kline* for Anthony Velluchio, appellant.
*William J. Crangle, District Attorney,* for respondent.

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.